IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SASHA NORDEEN,

   Plaintiff,

v.                                                   No: 1:22-cv-00180-DHU-KK

SELECT PORTFOLIO SERVICING INC.,
and FREDDIE MAC SEASONED CREDIT
RISK TRANSFER TRUST, SERIES 2016-1,

   Defendants.

### ORDER EXTENDING PLAINTIFF'S EXPERT DISCLOSURE DEADLINE

THIS MATTER comes before the Court on a Stipulated Motion to Extend Rule 26(A)(2) Witness Deadline [Doc. 25]. The Court finds that the motion is well taken and is therefore GRANTED. Plaintiff's Rule 26(a)(2) expert disclosure deadline is extended to February 20, 2023.

   IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE