IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SASHA NORDEEN,

    Plaintiff,

v.                                                                                       No: 1:22-cv-00180-DHU-KK

SELECT PORTFOLIO SERVICING INC.,
and FREDDIE MAC SEASONED CREDIT
RISK TRANSFER TRUST, SERIES 2016-1,

    Defendants.

## ORDER EXTENDING DEADLINES

THIS MATTER having come before the Court on the Joint Motion to Extend Deadlines [Doc. 34], and the Court finds that the motion is well taken and is therefore GRANTED.

The deadline for Defendant to disclose any rebuttal experts is April 20, 2023.

The deadline for close of discovery is May 5, 2023.

The deadline to file motions relating to discovery is May 10, 2023.

The deadline to file pre-trial motions is May 25, 2023.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted By:

*/s/ Jeremy Trujillo*
Jeremy Trujillo, Esq.
TRUJILLO LAW LLC
State Bar No. 150066
814 Marquette Ave. NW
Albuquerque, NM 87102
505-226-1062
jtrujillo@trujillolawnewmexico.com
*Attorney for Plaintiff*

Joined by:

*Via Email on 3/6/23*
Solomon S. Krotzer
100 Sun Ave. NE, Suite 650
Albuquerque, NM 87109
949-679-1111
skrotzer@house-law.com
*Attorneys for Defendants*