IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SASHA NORDEEN,

    Plaintiff,

v.                                                                                          No: 1:22-cv-00180 MLG/KK

SELECT PORTFOLIO SERVICING INC.,
and FREDDIE MAC SEASONED CREDIT
RISK TRANSFER TRUST, SERIES 2016-1,

    Defendants.

## ORDER STAYING LITIGATION

THIS MATTER having come before the Court on the Unopposed Motion to Stay Proceedings Pending Ruling on Motion to Dismiss, the Court finds that the motion is well taken and it is therefore GRANTED.

IT IS HEREBY ORDERED that this case is STAYED pending a ruling on Defendants' Pending Motion to Dismiss [Doc. 6].

IT IS FURTHER ORDERED that all deadlines set forth in this Court's Order Adopting Joint Status Report [Doc. 19], Trial Notice [Doc. 20] and Order Extending Deadlines [Doc. 35] are VACATED.

IT IS FURTHER ORDERED that if claims remain after a ruling is issued on Defendants' Motion to Dismiss [Doc. 6] the Parties will file an updated Joint Status Report within five (5) business days after such a ruling is issued outlining any discovery that remains and updated proposed discovery deadlines.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved by:

/s/ Jeremy Trujillo
Jeremy Trujillo, Esq.
TRUJILLO LAW LLC
State Bar No. 150066
814 Marquette Ave. NW
Albuquerque, NM 87102
505-226-1062
jtrujillo@trujillolawnewmexico.com
*Attorney for Plaintiff*

/s/ Solomon S. Krotzer
Solomon S. Krotzer
HOUSER LLP
100 Sun Ave. NE, Suite 650
Albuquerque, NM 87109
949-679-1111
skrotzer@house-law.com
*Attorneys for Defendants*